EXHIBIT  A

Here's What's Next for Buc-ee's
https://finance.yahoo.com/news/heres-whats-next-buc-ees-140840828.html?guccounter=1
05/15/2023





# Here's What's Next for Buc-ee's

**Perri Ormont Blumberg**
July 2, 2019

Here's What's Next for Buc-ee's

If you're a Texan, or spent any part of your life living in Texas, chances are you're familiar with Buc-ee's, the gas station and convenience store chain, founded by Arch "Beaver" Aplin III in Lake Jackson, Texas in 1982.

Familiar, in fact, is probably an understatement, given the love visitors to the store tend to have for it that stretches far beyond what one would expect for an elevated gas station and rest stop.

Here's What's Next for Buc-ee's
https://finance.yahoo.com/news/heres-whats-next-buc-ees-140840828.html?guccounter=1
05/15/2023

## TRENDING

1. Canada PM Trudeau to visit Alberta as wildfires rage

2. New York factory activity slumps in May - NY Fed

3. Airline infrastructure is 'a double issue' ahead of summer travel demand: Former United Airlines CEO

4. How China's recovery is expected to boost U.S. companies

5. EU approves Microsoft-Activision deal after UK watchdog originally blocked it

Instagram

The link to this photo or video may be broken, or the post may have been removed.

Visit Instagram

"Buc-ee's has a reputation far greater than its store count [of 34]. It has become the rare brand—like Apple and Costco—that inspires loyalty that goes well beyond rational consumer calculations. People love Buc-ee's, and they like to talk about how much they love Buc-ee's," writes Eric Benson in a recent profile of Beaver Aplin in *Texas Monthly*. In fact, as Benson points out, 10,000 people shopped at Buc-ee's on its opening day in New Braunfels in 2012.

- ADVERTISEMENT -



Earlier this year, Buc-ee's opened its first outpost in another state in Robertsdale, Alabama. Is Buc-ee's now poised for rapid expansion? In Benson's feature, the author notes Aplin's office has a map with a large array of thumbtacks going east to North Carolina and South all the way to Florida. In recent years, Buc-ee's has purchased land throughout the Southeast, with three Florida stores slated to start construction soon.

Here's What's Next for Buc-ee's
https://finance.yahoo.com/news/heres-whats-next-buc-ees-140840828.html?guccounter=1
05/15/2023





**WATCH: Top 10 Things To Do In Texas**

Of course, it is yet to be seen if non-Texans will become Buc-ee's enthusiasts in the way Lone Star State residents adore the friendly beaver. We guess only time and Buc-ee's Famous Beaver Nuggets' sales will tell.



nuveen
A TIAA Company

Reach less accessible parts of the market and unlock greater income potential with closed-end funds.

**Comments**

Commenting on this article has ended                    🔔  Log in | Sign up

Powered by ⚙ OpenWeb



Crank up your creativity.

Get into animation, video, and more with Adobe Creative Cloud All Apps.

Learn more

Adobe

Here's What's Next for Buc-ee's
https://finance.yahoo.com/news/heres-whats-next-buc-ees-140840828.html?guccounter=1
05/15/2023

## RECOMMENDED STORIES



**TipRanks**

**Billionaire George Soros Loads Up on These 2 'Strong Buy' Stocks — Here's Why You Might Want to Follow in His Footsteps**

If you're going to be forever known for one thing, being the 'man who broke the Bank of England' is a description many would sign up for. That is how George Soros is regularly introduced, and the story involves how he bet against the British Pou...

17h ago



**AP Finance**

**EU backs Microsoft buying Call of Duty maker Activision Blizzard. But the $69B deal is still at risk**

The European Union on Monday approved Microsoft's $69 billion purchase of video game maker Activision Blizzard, deciding the deal won't stifle competition for popular console titles like Call of Duty and accepting the U.S. tech company's...

1h ago



Ad · VantagePoint

**A.I. Brain's Precise Predictions Stun Wall Street**

Advanced A.I. "brain" consistently forecasts the stock market with up to 87.4% accuracy... 1-3 days in advance. Here's what it's seeing right now.



