# EXHIBIT  C

# United States of America

### United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 3,763,277** BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
Registered Mar. 23, 2010  327 FM 2004
LAKE JACKSON, TX 77566

**Int. Cl.: 35** FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GAS-
OLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK** FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-853,252, FILED 4-4-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

**Reg. No. 3,246,893**

## United States Patent and Trademark Office

Registered May 29, 2007

## SERVICE MARK
### PRINCIPAL REGISTER



BUC-EE'S, LTD. (TEXAS LIMITED PARTNER-SHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: RETAIL STORE SERVICES FEATURING CONVENIENCE STORE ITEMS AND GASOLINE, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-1-1982; IN COMMERCE 7-1-1982.

THE COLOR(S) YELLOW, RED, BROWN, BLACK AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BROWN AND WHITE BEAVER HEAD WEARING A RED BASE-BALL CAP WITHIN A YELLOW CIRCLE ALL OUT-LINED IN BLACK.

SER. NO. 78-854,772, FILED 4-5-2006.

ALLISON SCHRODY, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 4,007,063**
**Registered Aug. 2, 2011**

**Int. Cls.: 16, 21, 25, 29, 30, 31, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

**Reg. No. 4,007,063**  FOR: RAW NUTS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; SPORTING GOODS; BOARD GAMES; BALLS FOR GAMES; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,763,277.

SN 77-982,023, FILED 10-16-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,007,064**

**Registered Aug. 2, 2011**

**Int. Cls.: 12, 16, 21, 25, 28, 29, 30, 31, and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: ANTENNA TOPPERS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, ATTACH-MENTS TO THE TIPS OF AUTOMOBILE ANTENNAS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED

*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,007,064**   NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NO. 3,246,893.

THE COLOR(S) BROWN, WHITE, RED, YELLOW, AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE HEAD OF A BROWN AND WHITE BEAVER WITH A RED TONGUE, BLACK NOSE, WHITE TEETH, AND BLACK EYES WEARING A RED BASEBALL CAP WITH A BROWN, BLACK, AND WHITE EAR SHOWING THROUGH THE SIDE OF IT. THE BEAVER DESIGN IS WITHIN A YELLOW CIRCLE THAT IS OUTLINED IN BLACK.

SN 77-982,024, FILED 10-15-2009.

KIMBERLY FRYE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,316,461**
**Registered Apr. 9, 2013**

**Int. Cls.: 16, 21, 25, 28, 29, 30, 31 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING

**Reg. No. 4,316,461** PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS , IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NOS. 3,246,893 AND 4,007,064.

THE MARK CONSISTS OF A CARTOON IMAGE OF A BEAVER HEAD WEARING A HAT WITH A CIRCLE AROUND IT.

SER. NO. 85-689,987, FILED 7-30-2012.

ELI HELLMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,316,457**
**Registered Apr. 9, 2013**

**Int. Cls.: 16, 21, 25, 28, 29, 30, 31 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



Acting Director of the United States Patent and Trademark Office

BUC-EE'S, LTD. (TEXAS LIMITED PARTNERSHIP)
327 FM 2004
LAKE JACKSON, TX 77566

FOR: STICKERS SOLD IN RETAIL CONVENIENCE STORES , IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: DRINKING GLASSES, DRINKING MUGS, COFFEE MUGS, MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, AND BREAD BOARDS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: CLOTHING SOLD IN RETAIL CONVENIENCE STORES, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS SOLD IN RETAIL CONVENIENCE STORES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, BANANA CHIPS; PREPARED MEATS, NAMELY, CHICKEN, PORK, BEEF AND TURKEY; PROCESSED FOODS, NAMELY, PICKLED FRUITS AND VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUT-BASED SNACK FOODS; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT; TRAIL MIXES CONSISTING PRIMARILY OF PROCESSED NUTS, SEEDS, AND/OR DRIED FRUIT AND ALSO CONTAINING CHOCOLATE; CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLE SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING

**Reg. No. 4,316,457** PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES, IN CLASS 29 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: FOODS SOLD IN RETAIL CONVENIENCE STORES, NAMELY, CANDY, CANDY WITH NUTS; SALSA; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN; TRAIL MIXES COMPRISED PRIMARILY OF CRACKERS, PRETZELS, AND/OR POPCORN AND ALSO CONTAINING CANDIED NUTS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RAW NUTS , IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: RETAIL STORE SERVICES FEATURING: METAL GOODS, NAMELY, METAL KEY-CHAINS; ELECTRICAL AND SCIENTIFIC APPARATUS, NAMELY, DECORATIVE MAG-NETS; VEHICLE PRODUCTS, NAMELY, ANTENNA TOPPERS, ATTACHMENTS TO THE TIPS OF AUTOMOBILE ANTENNAS; PRINTED STICKERS; WIND CHIMES; HOUSEWARES AND GLASS, NAMELY, DRINKING GLASSES, DRINKING MUGS, DRINKING MUGS WITH METAL LOGOS, INSULATED MUGS, PORTABLE BEVERAGE COOLERS, BREAD BOARDS; CLOTHING, NAMELY, SHIRTS, PANTS, JACKETS, T-SHIRTS, BALL CAPS, PAJAMAS, UNDERWEAR, BOXERS, HATS, COWBOY HATS; TOYS AND SPORTING GOODS, NAMELY, BOARD GAMES, BALLS FOR GAMES, STUFFED TOY ANIMALS; MEATS AND PROCESSED FOODS, NAMELY, PREPARED CHICKEN, PREPARED PORK, PREPARED BEEF, PREPARED TURKEY, BANANA CHIPS, PICKLED FRUITS, PICKLED VEGETABLES, JELLIES, FRUIT PRESERVES, FRUIT FLAVORED BUTTERS, APPLE BUTTER, CHERRY BUTTER, PUMPKIN BUTTER, SWEET POTATO BUTTER, PEACH BUTTER, VEGETABLE-FLAVORED BUTTERS, NUTS; SNACK FOODS, NAMELY, NUT-BASED SNACKS, TRAIL MIXES, CANDIED NUTS, ROASTED NUTS, PROCESSED NUTS, PREPARED NUTS, DRIED-VEGETABLES SNACK FOODS, SNACK FOOD DIPS, FOOD PACKAGE COMBINATIONS CONSISTING PRIMARILY OF MEAT AND/OR CHEESE, PROCESSED CHEESES, PICKLED VEGETABLES; STAPLE FOODS, NAMELY, CONFECTIONARY, CANDY, CANDY WITH NUTS, CANDIED NUTS, SALSA, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

OWNER OF U.S. REG. NOS. 3,763,277 AND 4,007,063.

THE MARK CONSISTS OF A STYLIZED VERSION OF THE WORD "BUC-EE'S".

SER. NO. 85-689,858, FILED 7-30-2012.

ELI HELLMAN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,421,516**

**Registered Jul. 13, 2021**

**Int. Cl.: 18, 21, 28**

**Trademark**

**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

The mark consists of a stylized version of the word "BUC-EE'S".

OWNER OF U.S. REG. NO. 4007063, 4316457, 4973076

SER. NO. 88-981,607, FILED 04-22-2019






Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,421,517**

**Registered Jul. 13, 2021**

**Int. Cl.: 18, 21, 28**

**Trademark**

**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

The color(s) yellow, red, brown, black and white is/are claimed as a feature of the mark.

The mark consists of the head of a brown and white beaver with a red tongue, black nose, white teeth, and black eyes wearing a red baseball cap with a brown, black, and white ear showing through the side of it. The beaver design is within a yellow circle that is outlined in black.

OWNER OF U.S. REG. NO. 4316461, 3246893, 4007064

SER. NO. 88-981,608, FILED 04-22-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,421,518**
**Registered Jul. 13, 2021**
**Int. Cl.: 18, 21, 28**
**Trademark**
**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

The mark consists of a cartoon image of a beaver head wearing a hat with a circle around it.

OWNER OF U.S. REG. NO. 4316461, 3246893, 4007064

SER. NO. 88-981,609, FILED 04-22-2019



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# BUC-EE'S

**Reg. No. 6,421,534**

**Registered Jul. 13, 2021**

**Int. Cl.: 18, 21, 28**

**Trademark**

**Principal Register**

Buc-ee's, Ltd.  (TEXAS LIMITED PARTNERSHIP)
327 Fm 2004 Rd
Lake Jackson, TEXAS 77566

CLASS 18: Pet clothing; Pet collars; Pet leashes; Bow ties for pets

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 21: Pet feeding and drinking bowls

FIRST USE 5-7-2020; IN COMMERCE 5-7-2020

CLASS 28: Pet toys

FIRST USE 6-18-2020; IN COMMERCE 6-18-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3763277, 4007063, 4973076

SER. NO. 88-981,694, FILED 04-22-2019







Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98957673**
**Filing Date: 01/13/2025**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98957673 |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0002.JPG |
| **SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | BUC-EE'S |
| **COLOR MARK** | NO |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a stylized version of the word "BUC-EE'S". |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 917 x 258 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Buc-ee's, Ltd. |
| **\*MAILING ADDRESS** | 327 FM 2004 Rd |
| **\*CITY** | Lake Jackson |
| **\*STATE** (Required for U.S. applicants) | Texas |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 77566 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited partnership |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Texas |
| **NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION** | Buc-ee's Management, LLC, a Texas limited liability company |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 004 |
| **\*IDENTIFICATION** | Candles |

| FILING BASIS | SECTION 1(a) |
| --- | --- |
| FIRST USE ANYWHERE DATE | At least as early as 03/14/2023 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/14/2023 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0004.JPG |
| SPECIMEN DESCRIPTION | Photographs of the mark shown on a label affixed to the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Swim diapers |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/29/2024 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/29/2024 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0006.JPG |
| SPECIMEN DESCRIPTION | Photographs of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 012 |
| *IDENTIFICATION | Car window shade |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/13/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/13/2019 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0007.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark as shown on packaging for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | Lanyards for keys; souvenir coins |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2013 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2013 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT |

| | |
|---|---|
| | 18\989\576\98957673\xml1 \ APP0009.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 016 |
| ***IDENTIFICATION** | Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2014 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0011.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 020 |
| ***IDENTIFICATION** | Chairs; hammocks |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 09/16/2017 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 09/16/2017 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0012.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a label attached to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 021 |
| ***IDENTIFICATION** | Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/1986 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/1986 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0013.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on the packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 022 |

| | |
|---|---|
| *IDENTIFICATION | Canopies |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/02/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/02/2020 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0014.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a label affixed to the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2009 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2009 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0015.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0016.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 029 |
| *IDENTIFICATION | Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/05/2003 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/05/2003 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0018.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on the packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 030 |
| **\*IDENTIFICATION** | Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2000 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2000 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0019.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on packaging of the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 031 |
| **\*IDENTIFICATION** | Soft drinks |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2013 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2013 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0021.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of a store display for the goods and a photograph of a container for the goods which bear the mark |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 035 |
| **\*IDENTIFICATION** | Retail store services featuring a wide variety of goods of others |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1982 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1982 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0022.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on retail storefront |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 037 |
| *IDENTIFICATION | Car washing services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/06/2006 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/06/2006 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0026.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown at car wash service station |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 043 |
| *IDENTIFICATION | Take-out restaurant services; coffee bar services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1982 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1982 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1 \ APP0027.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of a display advertising the services |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3763277, 4007063, 6421516, and others. |
| **MISCELLANEOUS FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | MIS-1708554123-2025010915 3325116869_._ _5_ _12_ _14_ _16_ _20_ _21_ _22_ _25_ _28_ _29_ _30_ _31_ _35_ _37_ _ _43.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1\ APP0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1\ APP0029.JPG |
| | |

| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1\ APP0030.JPG |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957673\xml1\ APP0031.JPG |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Linda M. Merritt |
| **ATTORNEY DOCKET NUMBER** | T0071US.AP3 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Norton Rose Fulbright US LLP |
| **STREET** | 2200 Ross Avenue, Suite 3600 |
| **CITY** | Dallas |
| **STATE** | Texas |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 75201-7932 |
| **PHONE** | 214-855-8000 |
| **EMAIL ADDRESS** | doipdocket@nortonrosefulbright.com |
| **OTHER APPOINTED ATTORNEY** | All other attorneys with Norton Rose Fulbright US LLP |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Linda M. Merritt |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | doipdocket@nortonrosefulbright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 16 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| ***TOTAL FEES DUE** | 5600 |
| ***TOTAL FEES PAID** | 5600 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /Kevin McNabb/ |
| **SIGNATORY'S NAME** | Kevin McNabb |
| **SIGNATORY'S POSITION** | Senior Director of Marketing, General Merchandise |
| **SIGNATORY'S PHONE NUMBER** | 214-855-8000 |
| **DATE SIGNED** | 01/13/2025 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98957673**
**Filing Date: 01/13/2025**

## To the Commissioner for Trademarks:

**MARK:** BUC-EE'S (stylized and/or with design, see mark)
The literal element of the mark consists of BUC-EE'S. The mark consists of a stylized version of the word "BUC-EE'S".
The applicant, Buc-ee's, Ltd., a limited partnership legally organized under the laws of Texas, comprising of Buc-ee's Management, LLC, a Texas limited liability company, having an address of

    327 FM 2004 Rd
    Lake Jackson, Texas 77566
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 004:  Candles

In International Class 004, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/14/2023, and first used in commerce at least as early as 03/14/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 005:  Swim diapers

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/29/2024, and first used in commerce at least as early as 03/29/2024, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 012:  Car window shade

In International Class 012, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/13/2019, and first used in commerce at least as early as 05/13/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark as shown on packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 014:  Lanyards for keys; souvenir coins

In International Class 014, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2013, and first used in commerce at least as early as 00/00/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed

goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 016:  Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2014, and first used in commerce at least as early as 00/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 020:  Chairs; hammocks

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/16/2017, and first used in commerce at least as early as 09/16/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label attached to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 021:  Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/1986, and first used in commerce at least as early as 01/01/1986, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on the packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 022:  Canopies

In International Class 022, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/02/2020, and first used in commerce at least as early as 01/02/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label affixed to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 025:  One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2009, and first used in commerce at least as early as 00/00/2009, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 028:  Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2006, and first used in commerce at least as early as 00/00/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 029:  Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/05/2003, and first used in commerce at least as early as 08/05/2003, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on the packaging for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 030:  Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2000, and first used in commerce at least as early as 00/00/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on packaging of the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 031:  Soft drinks

In International Class 031, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2013, and first used in commerce at least as early as 00/00/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a store display for the goods and a photograph of a container for the goods which bear the mark.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 035:  Retail store services featuring a wide variety of goods of others

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on retail storefront.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 037:  Car washing services

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/06/2006, and first used in commerce at least as early as 08/06/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown at car wash service station.
Specimen File1
Specimen File2

Specimen File3
Specimen File4
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 043:  Take-out restaurant services; coffee bar services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a display advertising the services.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3763277, 4007063, 6421516, and others.

**Miscellaneous Statement**

**Original PDF file:**
MIS-1708554123-2025010915 3325116869_.___5__12__14__16__20__21__22__25__28__29__30__31__35__37___43.pdf
**Converted PDF file(s)** (4 pages)
Miscellaneous File1
Miscellaneous File2
Miscellaneous File3
Miscellaneous File4

The owner's/holder's proposed attorney information: Linda M. Merritt. Other appointed attorneys are All other attorneys with Norton Rose Fulbright US LLP. Linda M. Merritt of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932
    United States
    214-855-8000(phone)
    doipdocket@nortonrosefulbright.com
The docket/reference number is T0071US.AP3.
Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Linda M. Merritt
    PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): stephanie.schmidt@nortonrosefulbright.com;
anthony.olivas@nortonrosefulbright.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $5600 has been submitted with the application, representing payment for 16 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Kevin McNabb/   Date: 01/13/2025
Signatory's Name: Kevin McNabb
Signatory's Position: Senior Director of Marketing, General Merchandise
Signatory's Phone Number: 214-855-8000
Signature method: Sent to third party for signature
Payment Sale Number: 98957673
Payment Accounting Date: 01/13/2025

Serial Number: 98957673
Internet Transmission Date: Mon Jan 13 18:03:15 ET 2025
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2025011318031659
5859-98957673-880cd1479dec31a3fc6bcd57eb
d7a27ce7b17e1f54f7f0ecfa9ad6a77ba53f87eb
-CC-03159413-20250109153325116869

# BUC-EE'S



















































<u>Miscellaneous Statement to Application for</u> BUC-EE'S <u>in 4, 5, 12, 14, 16, 20, 21, 22, 25, 28, 29, 30, 31, 35, 37 & 43</u>

Class 14
The stated 2013 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 14 applies specifically to the goods "souvenir coins".

The dates of first use for the remaining goods are as follows:

"lanyards for keys"
Date of First Use of the Mark Anywhere: August 29, 2024
Date of First Use the Mark in Commerce: August 29, 2024

Class 16
The stated 2014 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 16 applies specifically to the goods "books".

The dates of first use for the remaining goods are as follows:

"paper cake decoration"
Date of First Use of the Mark Anywhere: August 23, 2022
Date of First Use the Mark in Commerce: August 23, 2022

"wrapping paper"
Date of First Use of the Mark Anywhere: August 26, 2022
Date of First Use the Mark in Commerce: August 26, 2022

"journals"
Date of First Use of the Mark Anywhere: April 7, 2024
Date of First Use the Mark in Commerce: April 7, 2024

"scratch art kits"
Date of First Use of the Mark Anywhere: July 14, 2024
Date of First Use the Mark in Commerce: July 14, 2024

"lanyards for IDs"
Date of First Use of the Mark Anywhere: August 29, 2024
Date of First Use the Mark in Commerce: August 29, 2024

Class 20
The stated September 16, 2017 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 20 applies specifically to the goods "hammocks".

The dates of first use for the remaining goods are as follows:

"chairs"
Date of First Use of the Mark Anywhere: February 20, 2018
Date of First Use the Mark in Commerce: February 20, 2018

Class 21
The stated January 1, 1986 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 21 applies specifically to the goods "portable coolers".

The dates of first use for the remaining goods are as follows:

"cups; mugs; tumblers"
Date of First Use of the Mark Anywhere: July 7, 2000
Date of First Use the Mark in Commerce: July 7, 2000

"thermal insulated bags"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"insulated beverage sleeves"
Date of First Use of the Mark Anywhere: March 27, 2010
Date of First Use the Mark in Commerce: March 27, 2010

"shot glass"
Date of First Use of the Mark Anywhere: November 10, 2010
Date of First Use the Mark in Commerce: November 10, 2010

"lunch boxes"
Date of First Use of the Mark Anywhere: February 13, 2017
Date of First Use the Mark in Commerce: February 13, 2017

Class 25
The stated 2009 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 25 applies specifically to the goods "headwear; tops as clothing; bottoms as clothing".

The dates of first use for the remaining goods are as follows:

"sweatshirts"
Date of First Use of the Mark Anywhere: 2013
Date of First Use the Mark in Commerce: 2013

"ribbons and bows being hair decorations"
Date of First Use of the Mark Anywhere: August 25, 2018
Date of First Use the Mark in Commerce: August 25, 2018

"hair bands"
Date of First Use of the Mark Anywhere: March 1, 2019
Date of First Use the Mark in Commerce: March 1, 2019

"one-piece suits"
Date of First Use of the Mark Anywhere: October 11, 2019
Date of First Use the Mark in Commerce: October 11, 2019

"hair ties"
Date of First Use of the Mark Anywhere: March 6, 2020
Date of First Use the Mark in Commerce: March 6, 2020

"socks"
Date of First Use of the Mark Anywhere: December 2021
Date of First Use the Mark in Commerce: December 2021

Class 28

The stated 2006 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 28 applies specifically to the goods "balls for games; games".

The dates of first use for the remaining goods are as follows:

"playing cards"
Date of First Use of the Mark Anywhere: July 20, 2010
Date of First Use the Mark in Commerce: July 20, 2010

"body boards"
Date of First Use of the Mark Anywhere: May 11, 2018
Date of First Use the Mark in Commerce: May 11, 2018

"inflatable tube floats"
Date of First Use of the Mark Anywhere: January 1, 2020
Date of First Use the Mark in Commerce: January 1, 2020

"beach balls"
Date of First Use of the Mark Anywhere: March 3, 2023
Date of First Use the Mark in Commerce: March 3, 2023

"water toys"
Date of First Use of the Mark Anywhere: March 22, 2023
Date of First Use the Mark in Commerce: March 22, 2023

"jigsaw puzzles"
Date of First Use of the Mark Anywhere: August 25, 2024
Date of First Use the Mark in Commerce: August 25, 2024

"fidget toys"
Date of First Use of the Mark Anywhere: September 9, 2024
Date of First Use the Mark in Commerce: September 9, 2024

Class 29
The stated August 5, 2003 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 29 applies specifically to the goods "nut-based food; meat-based snacks; vegetable-based snack; cheese-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads; ".

The dates of first use for the remaining goods are as follows:

"potato-based snacks"
Date of First Use of the Mark Anywhere: February 24, 2014
Date of First Use the Mark in Commerce: February 24, 2014

Class 30
The stated 2000 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 30 applies specifically to the goods "coffee; tea".

The dates of first use for the remaining goods are as follows:

"ice"

Date of First Use of the Mark Anywhere: 2001
Date of First Use the Mark in Commerce: 2001

"pretzels; chocolate confections; sandwiches; candy; salsa; cereal-based snack; grain-based snack; wrap sandwich; packaged meat; fudge"
Date of First Use of the Mark Anywhere: August 5, 2003
Date of First Use the Mark in Commerce: August 5, 2003

"food package combinations"
Date of First Use of the Mark Anywhere: 2003
Date of First Use the Mark in Commerce: 2003

"seasonings; corn-based snack"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"cotton candy"
Date of First Use of the Mark Anywhere: October 22, 2015
Date of First Use the Mark in Commerce: October 22, 2015

"mints for breath"
Date of First Use of the Mark Anywhere: March 5, 2019
Date of First Use the Mark in Commerce: March 5, 2019

"frozen confections"
Date of First Use of the Mark Anywhere: April 4, 2019
Date of First Use the Mark in Commerce: April 4, 2019

"cookie dough"
Date of First Use of the Mark Anywhere: March 9, 2021
Date of First Use the Mark in Commerce: March 9, 2021

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98957659**
**Filing Date: 01/13/2025**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98957659 |
| **MARK INFORMATION** | |
| *MARK | BUC-EE'S |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BUC-EE'S |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Buc-ee's, Ltd. |
| *MAILING ADDRESS | 327 FM 2004 Rd |
| *CITY | Lake Jackson |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 77566 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited partnership |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Texas |
| NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION | Buc-ee's Management, LLC, a Texas limited liability company |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 004 |
| *IDENTIFICATION | Candles |
| FILING BASIS | SECTION 1(a) |
|    FIRST USE ANYWHERE DATE | At least as early as 03/14/2023 |
|    FIRST USE IN COMMERCE DATE | At least as early as 03/14/2023 |
|    SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT |

| | |
|---|---|
| | [18\989\576\98957659\xml1 \ APP0003.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0004.JPG](#) |
| SPECIMEN DESCRIPTION | Photographs of the mark shown on a label affixed to the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 005 |
| *IDENTIFICATION | Swim diapers |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 03/29/2024 |
| FIRST USE IN COMMERCE DATE | At least as early as 03/29/2024 |
| SPECIMEN FILE NAME(S) | [\\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0005.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0006.JPG](#) |
| SPECIMEN DESCRIPTION | Photographs of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 012 |
| *IDENTIFICATION | Car window shade |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 05/13/2019 |
| FIRST USE IN COMMERCE DATE | At least as early as 05/13/2019 |
| SPECIMEN FILE NAME(S) | [\\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0007.JPG](#) |
| SPECIMEN DESCRIPTION | Photograph of the mark as shown on packaging for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 014 |
| *IDENTIFICATION | Lanyards for keys; souvenir coins |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2013 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2013 |
| SPECIMEN FILE NAME(S) | [\\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0008.JPG](#) |
| | [\\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0009.JPG](#) |
| SPECIMEN DESCRIPTION | Photographs of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |

| | |
|---|---|
| INTERNATIONAL CLASS | 016 |
| *IDENTIFICATION | Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2014 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2014 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0011.JPG |
| SPECIMEN DESCRIPTION | Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 020 |
| *IDENTIFICATION | Chairs; hammocks |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 09/16/2017 |
| FIRST USE IN COMMERCE DATE | At least as early as 09/16/2017 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0012.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a label attached to the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 021 |
| *IDENTIFICATION | Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/01/1986 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/01/1986 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0013.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on the packaging for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 022 |
| *IDENTIFICATION | Canopies |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/02/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/02/2020 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0014.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a label affixed to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 025 |
| **\*IDENTIFICATION** | One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2009 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2009 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0015.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 028 |
| **\*IDENTIFICATION** | Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2006 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2006 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0016.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 029 |
| **\*IDENTIFICATION** | Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/05/2003 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/05/2003 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0018.JPG |

| | |
|---|---|
| SPECIMEN DESCRIPTION | Photographs of the mark shown on the packaging for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 030 |
| *IDENTIFICATION | Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2000 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2000 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0019.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on packaging for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 031 |
| *IDENTIFICATION | Soft drinks |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2013 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2013 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0021.JPG |
| SPECIMEN DESCRIPTION | Photograph of a store display for the goods and a photograph of a container for the goods which bear the mark |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 035 |
| *IDENTIFICATION | Retail store services featuring a wide variety of goods of others |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/1982 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/1982 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0022.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on retail storefront |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 037 |

| | |
|---|---|
| *IDENTIFICATION | Car washing services |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/06/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/06/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0023.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0025.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0026.JPG |
| SPECIMEN DESCRIPTION | Photographs of the mark shown at car wash service station |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 043 |
| *IDENTIFICATION | Take-out restaurant services; coffee bar services |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/1982 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/1982 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1 \ APP0027.JPG |
| SPECIMEN DESCRIPTION | Photograph of a display advertising the services |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| ADDITIONAL STATEMENTS SECTION | |
| ACTIVE PRIOR REGISTRATION(S) | The applicant claims ownership of active prior U.S. Registration Number(s) 3763277, 4007063, 6421516, and others. |
| MISCELLANEOUS FILE NAME(S) | |
| ORIGINAL PDF FILE | MIS-1708554123-2025010915 2716104958_.___5__12__14__16__20__21__22__25__28__29__30__31__35__37___43.pdf |
| CONVERTED PDF FILE(S) (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1\ APP0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1\ APP0029.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1\ APP0030.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957659\xml1\ APP0031.JPG |
| ATTORNEY INFORMATION | |

| NAME | Linda M. Merritt |
|---|---|
| ATTORNEY DOCKET NUMBER | T0070US.AP3 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Norton Rose Fulbright US LLP |
| STREET | 2200 Ross Avenue, Suite 3600 |
| CITY | Dallas |
| STATE | Texas |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 75201-7932 |
| PHONE | 214-855-8000 |
| EMAIL ADDRESS | doipdocket@nortonrosefulbright.com |
| OTHER APPOINTED ATTORNEY | All other attorneys with Norton Rose Fulbright US LLP |

## CORRESPONDENCE INFORMATION

| NAME | Linda M. Merritt |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | doipdocket@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Standard |
|---|---|
| NUMBER OF CLASSES | 16 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 5600 |
| *TOTAL FEES PAID | 5600 |

## SIGNATURE INFORMATION

| SIGNATURE | /Kevin McNabb/ |
|---|---|
| SIGNATORY'S NAME | Kevin McNabb |
| SIGNATORY'S POSITION | Senior Director of Marketing, General Merchandise |
| SIGNATORY'S PHONE NUMBER | 214-855-8000 |
| DATE SIGNED | 01/13/2025 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478

Approved for use through 08/31/2027. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98957659**
**Filing Date: 01/13/2025**

## To the Commissioner for Trademarks:

**MARK:** BUC-EE'S (Standard Characters, see mark)
The literal element of the mark consists of BUC-EE'S. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Buc-ee's, Ltd., a limited partnership legally organized under the laws of Texas, comprising of Buc-ee's Management, LLC, a Texas limited liability company, having an address of

   327 FM 2004 Rd
   Lake Jackson, Texas 77566
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 004:  Candles

In International Class 004, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/14/2023, and first used in commerce at least as early as 03/14/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 005:  Swim diapers

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/29/2024, and first used in commerce at least as early as 03/29/2024, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 012:  Car window shade

In International Class 012, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/13/2019, and first used in commerce at least as early as 05/13/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark as shown on packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 014:  Lanyards for keys; souvenir coins

In International Class 014, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2013, and first used in commerce at least as early as 00/00/2013, and is now in use in such commerce. The applicant is

submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 016:  Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2014, and first used in commerce at least as early as 00/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 020:  Chairs; hammocks

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/16/2017, and first used in commerce at least as early as 09/16/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label attached to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 021:  Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/1986, and first used in commerce at least as early as 01/01/1986, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on the packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 022:  Canopies

In International Class 022, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/02/2020, and first used in commerce at least as early as 01/02/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label affixed to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 025:  One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2009, and first used in commerce at least as early as 00/00/2009, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 028:  Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2006, and first used in commerce at least as early as 00/00/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 029:  Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/05/2003, and first used in commerce at least as early as 08/05/2003, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on the packaging for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 030:  Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2000, and first used in commerce at least as early as 00/00/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 031:  Soft drinks

In International Class 031, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2013, and first used in commerce at least as early as 00/00/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a store display for the goods and a photograph of a container for the goods which bear the mark.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 035:  Retail store services featuring a wide variety of goods of others

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on retail storefront.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 037:  Car washing services

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/06/2006, and first used in commerce at least as early as 08/06/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown at car wash service station.
Specimen File1

Specimen File2
Specimen File3
Specimen File4
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 043:  Take-out restaurant services; coffee bar services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a display advertising the services.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3763277, 4007063, 6421516, and others.

**Miscellaneous Statement**

**Original PDF file:**
MIS-1708554123-2025010915 2716104958_.___5__12__14_ _16__20__21__22__25__28__ 29__30__31__35__37___43.pdf
**Converted PDF file(s)** (4 pages)
Miscellaneous File1
Miscellaneous File2
Miscellaneous File3
Miscellaneous File4

The owner's/holder's proposed attorney information: Linda M. Merritt. Other appointed attorneys are All other attorneys with Norton Rose Fulbright US LLP. Linda M. Merritt of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932
    United States
    214-855-8000(phone)
    doipdocket@nortonrosefulbright.com
The docket/reference number is T0070US.AP3.
Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Linda M. Merritt
    PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): stephanie.schmidt@nortonrosefulbright.com;
anthony.olivas@nortonrosefulbright.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $5600 has been submitted with the application, representing payment for 16 class(es).

**Declaration**

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Kevin McNabb/   Date: 01/13/2025
Signatory's Name: Kevin McNabb
Signatory's Position: Senior Director of Marketing, General Merchandise
Signatory's Phone Number: 214-855-8000
Signature method: Sent to third party for signature
Payment Sale Number: 98957659
Payment Accounting Date: 01/13/2025

Serial Number: 98957659
Internet Transmission Date: Mon Jan 13 17:59:51 ET 2025
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2025011317595280
1939-98957659-8807843240a0dc89f6679da3f8
8ccb5a955ec979923427a5fac3e9855f2f6387-C
C-59518879-20250109152716104958

# BUC-EE'S



















































**Miscellaneous Statement to Application for BUC-EE'S in 4, 5, 12, 14, 16, 20, 21, 22, 25, 28, 29, 30, 31, 35, 37 & 43**

Class 14
The stated 2013 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 14 applies specifically to the goods "souvenir coins".

The dates of first use for the remaining goods are as follows:

"lanyards for keys"
Date of First Use of the Mark Anywhere: August 29, 2024
Date of First Use the Mark in Commerce: August 29, 2024

Class 16
The stated 2014 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 16 applies specifically to the goods "books".

The dates of first use for the remaining goods are as follows:

"paper cake decoration"
Date of First Use of the Mark Anywhere: August 23, 2022
Date of First Use the Mark in Commerce: August 23, 2022

"wrapping paper"
Date of First Use of the Mark Anywhere: August 26, 2022
Date of First Use the Mark in Commerce: August 26, 2022

"journals"
Date of First Use of the Mark Anywhere: April 7, 2024
Date of First Use the Mark in Commerce: April 7, 2024

"scratch art kits"
Date of First Use of the Mark Anywhere: July 14, 2024
Date of First Use the Mark in Commerce: July 14, 2024

"lanyards for IDs"
Date of First Use of the Mark Anywhere: August 29, 2024
Date of First Use the Mark in Commerce: August 29, 2024

Class 20
The stated September 16, 2017 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 20 applies specifically to the goods "hammocks".

The dates of first use for the remaining goods are as follows:

"chairs"
Date of First Use of the Mark Anywhere: February 20, 2018
Date of First Use the Mark in Commerce: February 20, 2018

Class 21
The stated January 1, 1986 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 21 applies specifically to the goods "portable coolers".

The dates of first use for the remaining goods are as follows:

"cups; mugs; tumblers"
Date of First Use of the Mark Anywhere: July 7, 2000
Date of First Use the Mark in Commerce: July 7, 2000

"thermal insulated bags"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"insulated beverage sleeves"
Date of First Use of the Mark Anywhere: March 27, 2010
Date of First Use the Mark in Commerce: March 27, 2010

"shot glass"
Date of First Use of the Mark Anywhere: November 10, 2010
Date of First Use the Mark in Commerce: November 10, 2010

"lunch boxes"
Date of First Use of the Mark Anywhere: February 13, 2017
Date of First Use the Mark in Commerce: February 13, 2017

Class 25
The stated 2009 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 25 applies specifically to the goods "headwear; tops as clothing; bottoms as clothing".

The dates of first use for the remaining goods are as follows:

"sweatshirts"
Date of First Use of the Mark Anywhere: 2013
Date of First Use the Mark in Commerce: 2013

"ribbons and bows being hair decorations"
Date of First Use of the Mark Anywhere: August 25, 2018
Date of First Use the Mark in Commerce: August 25, 2018

"hair bands"
Date of First Use of the Mark Anywhere: March 1, 2019
Date of First Use the Mark in Commerce: March 1, 2019

"one-piece suits"
Date of First Use of the Mark Anywhere: October 11, 2019
Date of First Use the Mark in Commerce: October 11, 2019

"hair ties"
Date of First Use of the Mark Anywhere: March 6, 2020
Date of First Use the Mark in Commerce: March 6, 2020

"socks"
Date of First Use of the Mark Anywhere: December 2021
Date of First Use the Mark in Commerce: December 2021

Class 28

The stated 2006 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 28 applies specifically to the goods "balls for games; games".

The dates of first use for the remaining goods are as follows:

"playing cards"
Date of First Use of the Mark Anywhere: July 20, 2010
Date of First Use the Mark in Commerce: July 20, 2010

"body boards"
Date of First Use of the Mark Anywhere: May 11, 2018
Date of First Use the Mark in Commerce: May 11, 2018

"inflatable tube floats"
Date of First Use of the Mark Anywhere: January 1, 2020
Date of First Use the Mark in Commerce: January 1, 2020

"beach balls"
Date of First Use of the Mark Anywhere: March 3, 2023
Date of First Use the Mark in Commerce: March 3, 2023

"water toys"
Date of First Use of the Mark Anywhere: March 22, 2023
Date of First Use the Mark in Commerce: March 22, 2023

"jigsaw puzzles"
Date of First Use of the Mark Anywhere: August 25, 2024
Date of First Use the Mark in Commerce: August 25, 2024

"fidget toys"
Date of First Use of the Mark Anywhere: September 9, 2024
Date of First Use the Mark in Commerce: September 9, 2024

Class 29
The stated August 5, 2003 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 29 applies specifically to the goods "nut-based food; meat-based snacks; vegetable-based snack; cheese-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads; ".

The dates of first use for the remaining goods are as follows:

"potato-based snacks"
Date of First Use of the Mark Anywhere: February 24, 2014
Date of First Use the Mark in Commerce: February 24, 2014

Class 30
The stated 2000 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 30 applies specifically to the goods "coffee; tea".

The dates of first use for the remaining goods are as follows:

"ice"

Date of First Use of the Mark Anywhere: 2001
Date of First Use the Mark in Commerce: 2001

"pretzels; chocolate confections; sandwiches; candy; salsa; cereal-based snack; grain-based snack; wrap sandwich; packaged meat; fudge"
Date of First Use of the Mark Anywhere: August 5, 2003
Date of First Use the Mark in Commerce: August 5, 2003

"food package combinations"
Date of First Use of the Mark Anywhere: 2003
Date of First Use the Mark in Commerce: 2003

"seasonings; corn-based snack"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"cotton candy"
Date of First Use of the Mark Anywhere: October 22, 2015
Date of First Use the Mark in Commerce: October 22, 2015

"mints for breath"
Date of First Use of the Mark Anywhere: March 5, 2019
Date of First Use the Mark in Commerce: March 5, 2019

"frozen confections"
Date of First Use of the Mark Anywhere: April 4, 2019
Date of First Use the Mark in Commerce: April 4, 2019

"cookie dough"
Date of First Use of the Mark Anywhere: March 9, 2021
Date of First Use the Mark in Commerce: March 9, 2021

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98957685**
**Filing Date: 01/13/2025**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98957685 |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | YES |
| COLOR(S) CLAIMED (If applicable) | The color(s) yellow, red, brown, black and white is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of the head of a brown and white beaver with a red tongue, black nose, white teeth, and black eyes wearing a red baseball cap with a brown, black, and white ear showing through the side of it. The beaver design is within a yellow circle that is outlined in black. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 900 x 892 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Buc-ee's, Ltd. |
| *MAILING ADDRESS | 327 FM 2004 Rd |
| *CITY | Lake Jackson |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 77566 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | limited partnership |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Texas |
| NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION | Buc-ee's Management, LLC, a Texas limited liability company |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |

| | |
|---|---|
| **INTERNATIONAL CLASS** | 004 |
| **\*IDENTIFICATION** | Candles |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/14/2023 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/14/2023 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0004.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a label affixed to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 005 |
| **\*IDENTIFICATION** | Swim diapers |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/29/2024 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/29/2024 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0006.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 012 |
| **\*IDENTIFICATION** | Car window shade |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 05/13/2019 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 05/13/2019 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0007.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark as shown on packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 014 |
| **\*IDENTIFICATION** | Lanyards for keys; souvenir coins |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 11/22/2012 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 11/22/2012 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0009.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 016 |
| ***IDENTIFICATION** | Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2014 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0011.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 020 |
| ***IDENTIFICATION** | Chairs; hammocks |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 09/16/2017 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 09/16/2017 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0012.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a label attached to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 021 |
| ***IDENTIFICATION** | Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/1986 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/1986 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0013.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on the packaging for the goods |
| **WEBPAGE URL** | None Provided |

| | |
|---|---|
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 022 |
| *IDENTIFICATION | Canopies |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 01/02/2020 |
| FIRST USE IN COMMERCE DATE | At least as early as 01/02/2020 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0014.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a label affixed to the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2004 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2004 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0015.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 028 |
| *IDENTIFICATION | Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats |
| FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/2006 |
| FIRST USE IN COMMERCE DATE | At least as early as 00/00/2006 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0016.JPG |
| SPECIMEN DESCRIPTION | Photograph of the mark shown on a hangtag for the goods |
| WEBPAGE URL | None Provided |
| WEBPAGE DATE OF ACCESS | None Provided |
| INTERNATIONAL CLASS | 029 |
| *IDENTIFICATION | Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads |
| FILING BASIS | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 08/05/2003 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/05/2003 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0018.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on the packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 030 |
| ***IDENTIFICATION** | Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2000 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2000 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0019.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on packaging of the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 031 |
| ***IDENTIFICATION** | Soft drinks |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2013 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2013 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0022.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of a store display for the goods, a photograph of a dispenser of the goods and a photograph of a container for the goods which bear the mark |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Retail store services featuring a wide variety of goods of others |
| **FILING BASIS** | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1982 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1982 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0023.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on retail storefront |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 037 |
| ***IDENTIFICATION** | Car washing services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/06/2006 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/06/2006 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0025.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown at car wash service station |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 043 |
| ***IDENTIFICATION** | Take-out restaurant services; coffee bar services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1982 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1982 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1 \ APP0026.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of a display advertising the services |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3246893, 4007064, 6421518, and others. |
| **MISCELLANEOUS FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | MIS-1708554123-2025010915 1450718202_._5_12_14_ _16_20_21_22_25_28_ 29_30_31_35_37_43.pdf |
| **CONVERTED PDF FILE(S)** **(4 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1\ APP0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1\ APP0028.JPG |

| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1\ APP0029.JPG |
|---|---|
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957685\xml1\ APP0030.JPG |

## ATTORNEY INFORMATION

| NAME | Linda M. Merritt |
|---|---|
| ATTORNEY DOCKET NUMBER | T0073US.AP3 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Norton Rose Fulbright US LLP |
| STREET | 2200 Ross Avenue, Suite 3600 |
| CITY | Dallas |
| STATE | Texas |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 75201-7932 |
| PHONE | 214-855-8000 |
| EMAIL ADDRESS | doipdocket@nortonrosefulbright.com |
| OTHER APPOINTED ATTORNEY | All other attorneys with Norton Rose Fulbright US LLP |

## CORRESPONDENCE INFORMATION

| NAME | Linda M. Merritt |
|---|---|
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | doipdocket@nortonrosefulbright.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS Standard |
|---|---|
| NUMBER OF CLASSES | 16 |
| APPLICATION FOR REGISTRATION PER CLASS | 350 |
| *TOTAL FEES DUE | 5600 |
| *TOTAL FEES PAID | 5600 |

## SIGNATURE INFORMATION

| SIGNATURE | /Kevin McNabb/ |
|---|---|
| SIGNATORY'S NAME | Kevin McNabb |
| SIGNATORY'S POSITION | Senior Director of Marketing, General Merchandise |
| SIGNATORY'S PHONE NUMBER | 214-855-8000 |
| DATE SIGNED | 01/13/2025 |
| SIGNATURE METHOD | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98957685**
**Filing Date: 01/13/2025**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The color(s) yellow, red, brown, black and white is/are claimed as a feature of the mark. The mark consists of the head of a brown and white beaver with a red tongue, black nose, white teeth, and black eyes wearing a red baseball cap with a brown, black, and white ear showing through the side of it. The beaver design is within a yellow circle that is outlined in black.
The applicant, Buc-ee's, Ltd., a limited partnership legally organized under the laws of Texas, comprising of Buc-ee's Management, LLC, a Texas limited liability company, having an address of

327 FM 2004 Rd
Lake Jackson, Texas 77566
United States
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 004:  Candles

In International Class 004, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/14/2023, and first used in commerce at least as early as 03/14/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 005:  Swim diapers

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/29/2024, and first used in commerce at least as early as 03/29/2024, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 012:  Car window shade

In International Class 012, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/13/2019, and first used in commerce at least as early as 05/13/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark as shown on packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 014:  Lanyards for keys; souvenir coins

In International Class 014, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 11/22/2012, and first used in commerce at least as early as 11/22/2012, and is now in use in such commerce. The applicant is

submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 016:  Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2014, and first used in commerce at least as early as 00/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 020:  Chairs; hammocks

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/16/2017, and first used in commerce at least as early as 09/16/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label attached to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 021:  Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/1986, and first used in commerce at least as early as 01/01/1986, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on the packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 022:  Canopies

In International Class 022, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/02/2020, and first used in commerce at least as early as 01/02/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label affixed to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 025:  One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2004, and first used in commerce at least as early as 00/00/2004, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 028:  Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2006, and first used in commerce at least as early as 00/00/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 029:  Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/05/2003, and first used in commerce at least as early as 08/05/2003, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on the packaging for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 030:  Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2000, and first used in commerce at least as early as 00/00/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on packaging of the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 031:  Soft drinks

In International Class 031, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2013, and first used in commerce at least as early as 00/00/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a store display for the goods, a photograph of a dispenser of the goods and a photograph of a container for the goods which bear the mark.
Specimen File1
Specimen File2
Specimen File3
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 035:  Retail store services featuring a wide variety of goods of others

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on retail storefront.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 037:  Car washing services

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/06/2006, and first used in commerce at least as early as 08/06/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed

goods/services, consisting of a(n) Photographs of the mark shown at car wash service station.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 043:  Take-out restaurant services; coffee bar services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a display advertising the services.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3246893, 4007064, 6421518, and others.
**Miscellaneous Statement**

**Original PDF file:**
MIS-1708554123-2025010915 1450718202_._5_12_14_ _16_20_21_22_25_28_ 29_30_31_35_37_43.pdf
**Converted PDF file(s)** (4 pages)
Miscellaneous File1
Miscellaneous File2
Miscellaneous File3
Miscellaneous File4

The owner's/holder's proposed attorney information: Linda M. Merritt. Other appointed attorneys are All other attorneys with Norton Rose Fulbright US LLP. Linda M. Merritt of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932
    United States
    214-855-8000(phone)
    doipdocket@nortonrosefulbright.com
The docket/reference number is T0073US.AP3.
Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Linda M. Merritt
     PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $5600 has been submitted with the application, representing payment for 16 class(es).

**Declaration**

☑  **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Kevin McNabb/   Date: 01/13/2025
Signatory's Name: Kevin McNabb
Signatory's Position: Senior Director of Marketing, General Merchandise
Signatory's Phone Number: 214-855-8000
Signature method: Sent to third party for signature
Payment Sale Number: 98957685
Payment Accounting Date: 01/13/2025

Serial Number: 98957685
Internet Transmission Date: Mon Jan 13 18:04:44 ET 2025
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2025011318044636
2671-98957685-880a48acbfac6a6f8d0108099a
dd0bed33e7ada5ece1ffb2cf301bf9948dc53c9-
CC-04449306-20250109151450718202





















































**Miscellaneous Statement to Application for**     **in 4, 5, 12, 14, 16, 20, 21, 22, 25, 28, 29, 30, 31, 35, 37 & 43**

Class 14
The stated November 22, 2012 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 14 applies specifically to the goods "lanyards for keys".

The dates of first use for the remaining goods are as follows:

"souvenir coins"
Date of First Use of the Mark Anywhere: 2013
Date of First Use the Mark in Commerce: 2013

Class 16
The stated 2014 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 16 applies specifically to the goods "books".

The dates of first use for the remaining goods are as follows:

"lanyards for IDs"
Date of First Use of the Mark Anywhere: February 5, 2020
Date of First Use the Mark in Commerce: February 5, 2020

"paper cake decoration"
Date of First Use of the Mark Anywhere: August 23, 2022
Date of First Use the Mark in Commerce: August 23, 2022

"wrapping paper"
Date of First Use of the Mark Anywhere: August 26, 2022
Date of First Use the Mark in Commerce: August 26, 2022

"journals"
Date of First Use of the Mark Anywhere: April 7, 2024
Date of First Use the Mark in Commerce: April 7, 2024

"scratch art kits"
Date of First Use of the Mark Anywhere: July 14, 2024
Date of First Use the Mark in Commerce: July 14, 2024

Class 20
The stated September 16, 2017 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 20 applies specifically to the goods "hammocks".

The dates of first use for the remaining goods are as follows:

"chairs"
Date of First Use of the Mark Anywhere: February 20, 2018
Date of First Use the Mark in Commerce: February 20, 2018

Color           - 1 -

Class 21
The stated January 1, 1986 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 21 applies specifically to the goods "portable coolers".

The dates of first use for the remaining goods are as follows:

"cups; mugs; tumblers"
Date of First Use of the Mark Anywhere: July 7, 2000
Date of First Use the Mark in Commerce: July 7, 2000

"thermal insulated bags"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"insulated beverage sleeves"
Date of First Use of the Mark Anywhere: March 27, 2010
Date of First Use the Mark in Commerce: March 27, 2010

"shot glass"
Date of First Use of the Mark Anywhere: November 10, 2010
Date of First Use the Mark in Commerce: November 10, 2010

"lunch boxes"
Date of First Use of the Mark Anywhere: February 13, 2017
Date of First Use the Mark in Commerce: February 13, 2017

Class 25
The stated 2004 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 25 applies specifically to the goods "tops as clothing".

The dates of first use for the remaining goods are as follows:

"headwear; bottoms as clothing"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"socks"
Date of First Use of the Mark Anywhere: 2008
Date of First Use the Mark in Commerce: 2008

"sweatshirts"
Date of First Use of the Mark Anywhere: 2013
Date of First Use the Mark in Commerce: 2013

"ribbons and bows being hair decorations"
Date of First Use of the Mark Anywhere: August 25, 2018
Date of First Use the Mark in Commerce: August 25, 2018

"hair bands"
Date of First Use of the Mark Anywhere: March 1, 2019

Color                                    - 2 -

Date of First Use the Mark in Commerce: March 1, 2019

"one-piece suits"
Date of First Use of the Mark Anywhere: October 11, 2019
Date of First Use the Mark in Commerce: October 11, 2019

"hair ties"
Date of First Use of the Mark Anywhere: March 6, 2020
Date of First Use the Mark in Commerce: March 6, 2020

Class 28
The stated 2006 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 28 applies specifically to the goods "balls for games; games".

The dates of first use for the remaining goods are as follows:

"playing cards"
Date of First Use of the Mark Anywhere: July 20, 2010
Date of First Use the Mark in Commerce: July 20, 2010

"body boards"
Date of First Use of the Mark Anywhere: May 11, 2018
Date of First Use the Mark in Commerce: May 11, 2018

"inflatable tube floats"
Date of First Use of the Mark Anywhere: January 1, 2020
Date of First Use the Mark in Commerce: January 1, 2020

"beach balls"
Date of First Use of the Mark Anywhere: March 3, 2023
Date of First Use the Mark in Commerce: March 3, 2023

"water toys"
Date of First Use of the Mark Anywhere: March 22, 2023
Date of First Use the Mark in Commerce: March 22, 2023

"jigsaw puzzles"
Date of First Use of the Mark Anywhere: August 25, 2024
Date of First Use the Mark in Commerce: August 25, 2024

"fidget toys"
Date of First Use of the Mark Anywhere: September 9, 2024
Date of First Use the Mark in Commerce: September 9, 2024

Class 29
The stated August 5, 2003 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 29 applies specifically to the goods "meat-based snacks; cheese-based snacks; garden salads; chicken salads; potato salads".

The dates of first use for the remaining goods are as follows:

Color                                    - 3 -

"nut-based food; vegetable-based snack; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"potato-based snacks"
Date of First Use of the Mark Anywhere: February 24, 2014
Date of First Use the Mark in Commerce: February 24, 2014

Class 30
The stated 2000 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 30 applies specifically to the goods "coffee; tea".

The dates of first use for the remaining goods are as follows:

"ice"
Date of First Use of the Mark Anywhere: 2001
Date of First Use the Mark in Commerce: 2001

"sandwiches; wrap sandwich; packaged meat; fudge
Date of First Use of the Mark Anywhere: August 5, 2003
Date of First Use the Mark in Commerce: August 5, 2003

"food package combinations"
Date of First Use of the Mark Anywhere: 2003
Date of First Use the Mark in Commerce: 2003

"pretzels; chocolate confections; candy; salsa; cereal-based snack; grain-based snack"
Date of First Use of the Mark Anywhere: August 2006
Date of First Use the Mark in Commerce: August 2006

"seasonings; corn-based snack"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"cotton candy"
Date of First Use of the Mark Anywhere: October 22, 2015
Date of First Use the Mark in Commerce: October 22, 2015

"mints for breath"
Date of First Use of the Mark Anywhere: March 5, 2019
Date of First Use the Mark in Commerce: March 5, 2019

"frozen confections"
Date of First Use of the Mark Anywhere: April 4, 2019
Date of First Use the Mark in Commerce: April 4, 2019

"cookie dough"
Date of First Use of the Mark Anywhere: March 9, 2021
Date of First Use the Mark in Commerce: March 9, 2021

Color                                      - 4 -

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98957689**
**Filing Date: 01/13/2025**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98957689 |
| MARK INFORMATION | |
| *MARK | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0002.JPG |
| SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| COLOR MARK | NO |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of ta cartoon image of a beaver head wearing a hat with a circle around it. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 612 x 657 |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Buc-ee's, Ltd. |
| *MAILING ADDRESS | 327 FM 2004 Rd |
| *CITY | Lake Jackson |
| *STATE (Required for U.S. applicants) | Texas |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 77566 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | limited partnership |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Texas |
| NAME(S) OF GENERAL PARTNER(S) & CITIZENSHIP/INCORPORATION | Buc-ee's Management, LLC, a Texas limited liability company |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 004 |
| *IDENTIFICATION | Candles |
| FILING BASIS | SECTION 1(a) |

| | |
|---|---|
| **FIRST USE ANYWHERE DATE** | At least as early as 03/14/2023 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/14/2023 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0003.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0004.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a label affixed to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 005 |
| ***IDENTIFICATION** | Swim diapers |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 03/29/2024 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 03/29/2024 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0006.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 012 |
| ***IDENTIFICATION** | Car window shade |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 05/13/2019 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 05/13/2019 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0007.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark as shown on packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 014 |
| ***IDENTIFICATION** | Lanyards for keys; souvenir coins |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 11/22/2012 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 11/22/2012 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0008.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0009.JPG |

| | |
|---|---|
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 016 |
| **\*IDENTIFICATION** | Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2014 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2014 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0010.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0011.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 020 |
| **\*IDENTIFICATION** | Chairs; hammocks |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 09/16/2017 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 09/16/2017 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0012.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a label attached to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 021 |
| **\*IDENTIFICATION** | Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/01/1986 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/01/1986 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0013.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on the packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 022 |
| **\*IDENTIFICATION** | Canopies |

| | |
|---|---|
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 01/02/2020 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 01/02/2020 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0014.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a label affixed to the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 025 |
| **\*IDENTIFICATION** | One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2004 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2004 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0015.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 028 |
| **\*IDENTIFICATION** | Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2006 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2006 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0016.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on a hangtag for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 029 |
| **\*IDENTIFICATION** | Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/05/2003 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/05/2003 |
| | \\TICRS\EXPORT18\IMAGEOUT |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | 18\989\576\98957689\xml1 \ APP0017.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0018.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown on the packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 030 |
| ***IDENTIFICATION** | Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2000 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2000 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0019.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on packaging for the goods |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 031 |
| ***IDENTIFICATION** | Soft drinks |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/2013 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/2013 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0020.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0021.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0022.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of a store display for the goods, a photograph of a dispenser of the goods and a photograph of a container for the goods which bear the mark |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 035 |
| ***IDENTIFICATION** | Retail store services featuring a wide variety of goods of others |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1982 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1982 |

| | |
|---|---|
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0023.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of the mark shown on retail storefront |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 037 |
| ***IDENTIFICATION** | Car washing services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 08/06/2006 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 08/06/2006 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0024.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0025.JPG |
| **SPECIMEN DESCRIPTION** | Photographs of the mark shown at car wash service station |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **INTERNATIONAL CLASS** | 043 |
| ***IDENTIFICATION** | Take-out restaurant services; coffee bar services |
| **FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 00/00/1982 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 00/00/1982 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1 \ APP0026.JPG |
| **SPECIMEN DESCRIPTION** | Photograph of a display advertising the services |
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **ADDITIONAL STATEMENTS SECTION** | |
| **ACTIVE PRIOR REGISTRATION(S)** | The applicant claims ownership of active prior U.S. Registration Number(s) 3246893, 4007064, 6421518, and others. |
| **MISCELLANEOUS FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | MIS-2-1708554123-20250109 142257583881_.___5__12__1 4__16__20__21__22__25__28 __29__30__31__35__37___43.pdf |
| **CONVERTED PDF FILE(S)** (4 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1\ APP0027.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1\ APP0028.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1\ APP0029.JPG |

| | \\TICRS\EXPORT18\IMAGEOUT 18\989\576\98957689\xml1\ APP0030.JPG |
|---|---|
| **ATTORNEY INFORMATION** | |
| **NAME** | Linda M. Merritt |
| **ATTORNEY DOCKET NUMBER** | T0072US.AP3 |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Norton Rose Fulbright US LLP |
| **STREET** | 2200 Ross Avenue, Suite 3600 |
| **CITY** | Dallas |
| **STATE** | Texas |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 75201-7932 |
| **PHONE** | 214-855-8000 |
| **EMAIL ADDRESS** | doipdocket@nortonrosefulbright.com |
| **OTHER APPOINTED ATTORNEY** | All other attorneys with Norton Rose Fulbright US LLP |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Linda M. Merritt |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | doipdocket@nortonrosefulbright.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | stephanie.schmidt@nortonrosefulbright.com; anthony.olivas@nortonrosefulbright.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 16 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 5600 |
| **\*TOTAL FEES PAID** | 5600 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /Kevin McNabb/ |
| **SIGNATORY'S NAME** | Kevin McNabb |
| **SIGNATORY'S POSITION** | Senior Director of Marketing, General Merchandise |
| **SIGNATORY'S PHONE NUMBER** | 214-855-8000 |
| **DATE SIGNED** | 01/13/2025 |
| **SIGNATURE METHOD** | Sent to third party for signature |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98957689**
**Filing Date: 01/13/2025**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark) The applicant is not claiming color as a feature of the mark. The mark consists of ta cartoon image of a beaver head wearing a hat with a circle around it.
The applicant, Buc-ee's, Ltd., a limited partnership legally organized under the laws of Texas, comprising of Buc-ee's Management, LLC, a Texas limited liability company, having an address of

    327 FM 2004 Rd
    Lake Jackson, Texas 77566
    United States
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 004:  Candles

In International Class 004, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/14/2023, and first used in commerce at least as early as 03/14/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 005:  Swim diapers

In International Class 005, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 03/29/2024, and first used in commerce at least as early as 03/29/2024, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 012:  Car window shade

In International Class 012, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 05/13/2019, and first used in commerce at least as early as 05/13/2019, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark as shown on packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 014:  Lanyards for keys; souvenir coins

In International Class 014, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 11/22/2012, and first used in commerce at least as early as 11/22/2012, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed

goods/services, consisting of a(n) Photographs of the mark shown on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 016:  Lanyards for IDs; books; journals; wrapping paper; scratch art kits; paper cake decoration

In International Class 016, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2014, and first used in commerce at least as early as 00/00/2014, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on a label affixed to the packaging and on a hangtag for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 020:  Chairs; hammocks

In International Class 020, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 09/16/2017, and first used in commerce at least as early as 09/16/2017, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label attached to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 021:  Cups; portable coolers; insulated beverage sleeves; thermal insulated bags; shot glass; tumblers; mugs; lunch boxes

In International Class 021, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/01/1986, and first used in commerce at least as early as 01/01/1986, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on the packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 022:  Canopies

In International Class 022, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 01/02/2020, and first used in commerce at least as early as 01/02/2020, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a label affixed to the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 025:  One-piece suits; headwear; socks; tops as clothing; bottoms as clothing; sweatshirts; hair ties; hair bands; ribbons and bows being hair decorations

In International Class 025, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2004, and first used in commerce at least as early as 00/00/2004, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 028:  Balls for games; playing cards; jigsaw puzzles; games; fidget toys; body boards; water toys; beach balls; inflatable tube floats

In International Class 028, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2006, and first used in commerce at least as early as 00/00/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on a hangtag for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 029:  Nut-based food; meat-based snacks; vegetable-based snack; cheese-based snack; potato-based snacks; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs; garden salads; chicken salads; potato salads

In International Class 029, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/05/2003, and first used in commerce at least as early as 08/05/2003, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown on the packaging for the goods.
Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 030:  Pretzels; frozen confections; chocolate confections; cookie dough; coffee; tea; sandwiches; mints for breath; sauces; seasonings; ice; food package combinations; candy; salsa; cereal-based snack; grain-based snack; corn-based snack; wrap sandwich; packaged meat; fudge; cotton candy

In International Class 030, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2000, and first used in commerce at least as early as 00/00/2000, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on packaging for the goods.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 031:  Soft drinks

In International Class 031, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/2013, and first used in commerce at least as early as 00/00/2013, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a store display for the goods, a photograph of a dispenser of the goods and a photograph of a container for the goods which bear the mark.
Specimen File1
Specimen File2
Specimen File3
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 035:  Retail store services featuring a wide variety of goods of others

In International Class 035, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of the mark shown on retail storefront.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 037:  Car washing services

In International Class 037, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 08/06/2006, and first used in commerce at least as early as 08/06/2006, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photographs of the mark shown at car wash service station.

Specimen File1
Specimen File2
Webpage URL: None Provided
Webpage Date of Access: None Provided

International Class 043:  Take-out restaurant services; coffee bar services

In International Class 043, the mark was first used by the applicant or the applicant's related company or licensee or predecessor in interest at least as early as 00/00/1982, and first used in commerce at least as early as 00/00/1982, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Photograph of a display advertising the services.
Specimen File1
Webpage URL: None Provided
Webpage Date of Access: None Provided


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 3246893, 4007064, 6421518, and others.

**Miscellaneous Statement**


**Original PDF file:**
MIS-2-1708554123-20250109 142257583881_._5__12__1 4__16__20__21__22__25__28__29__30__31__35__37___43.pdf
**Converted PDF file(s)** (4 pages)
Miscellaneous File1
Miscellaneous File2
Miscellaneous File3
Miscellaneous File4


The owner's/holder's proposed attorney information: Linda M. Merritt. Other appointed attorneys are All other attorneys with Norton Rose Fulbright US LLP. Linda M. Merritt of Norton Rose Fulbright US LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
    2200 Ross Avenue, Suite 3600
    Dallas, Texas 75201-7932
    United States
    214-855-8000(phone)
    doipdocket@nortonrosefulbright.com
The docket/reference number is T0072US.AP3.
Linda M. Merritt submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
    Linda M. Merritt
     PRIMARY EMAIL FOR CORRESPONDENCE: doipdocket@nortonrosefulbright.com
     SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): stephanie.schmidt@nortonrosefulbright.com;
anthony.olivas@nortonrosefulbright.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $5600 has been submitted with the application, representing payment for 16 class(es).

**Declaration**


☑ **Basis:**
        **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Kevin McNabb/   Date: 01/13/2025
Signatory's Name: Kevin McNabb
Signatory's Position: Senior Director of Marketing, General Merchandise
Signatory's Phone Number: 214-855-8000
Signature method: Sent to third party for signature
Payment Sale Number: 98957689
Payment Accounting Date: 01/13/2025

Serial Number: 98957689
Internet Transmission Date: Mon Jan 13 18:06:00 ET 2025
TEAS Stamp: USPTO/BAS-XXX.XX.XX.XXX-2025011318060158
3531-98957689-8809d95411e81d6a27a45979e9
7714d95b679ff092c93fe3c40b6ea531c9c734-C
C-06009612-20250109142257583881



















































**Miscellaneous Statement to Application for**  **in 4, 5, 12, 14, 16, 20, 21, 22, 25, 28, 29, 30, 31, 35, 37 & 43**

Class 14
The stated November 22, 2012 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 14 applies specifically to the goods "lanyards for keys".

The dates of first use for the remaining goods are as follows:

"souvenir coins"
Date of First Use of the Mark Anywhere: 2013
Date of First Use the Mark in Commerce: 2013

Class 16
The stated 2014 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 16 applies specifically to the goods "books".

The dates of first use for the remaining goods are as follows:

"lanyards for IDs"
Date of First Use of the Mark Anywhere: February 5, 2020
Date of First Use the Mark in Commerce: February 5, 2020

"paper cake decoration"
Date of First Use of the Mark Anywhere: August 23, 2022
Date of First Use the Mark in Commerce: August 23, 2022

"wrapping paper"
Date of First Use of the Mark Anywhere: August 26, 2022
Date of First Use the Mark in Commerce: August 26, 2022

"journals"
Date of First Use of the Mark Anywhere: April 7, 2024
Date of First Use the Mark in Commerce: April 7, 2024

"scratch art kits"
Date of First Use of the Mark Anywhere: July 14, 2024
Date of First Use the Mark in Commerce: July 14, 2024

Class 20
The stated September 16, 2017 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 20 applies specifically to the goods "hammocks".

The dates of first use for the remaining goods are as follows:

"chairs"
Date of First Use of the Mark Anywhere: February 20, 2018
Date of First Use the Mark in Commerce: February 20, 2018

Black & White                                                        - 1 -

Class 21
The stated January 1, 1986 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 21 applies specifically to the goods "portable coolers".

The dates of first use for the remaining goods are as follows:

"cups; mugs; tumblers"
Date of First Use of the Mark Anywhere: July 7, 2000
Date of First Use the Mark in Commerce: July 7, 2000

"thermal insulated bags; shot glass"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"insulated beverage sleeves"
Date of First Use of the Mark Anywhere: March 27, 2010
Date of First Use the Mark in Commerce: March 27, 2010

"lunch boxes"
Date of First Use of the Mark Anywhere: February 13, 2017
Date of First Use the Mark in Commerce: February 13, 2017

Class 25
The stated 2004 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 25 applies specifically to the goods "tops as clothing".

The dates of first use for the remaining goods are as follows:

"headwear; bottoms as clothing"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"socks"
Date of First Use of the Mark Anywhere: 2008
Date of First Use the Mark in Commerce: 2008

"sweatshirts"
Date of First Use of the Mark Anywhere: 2013
Date of First Use the Mark in Commerce: 2013

"ribbons and bows being hair decorations"
Date of First Use of the Mark Anywhere: August 25, 2018
Date of First Use the Mark in Commerce: August 25, 2018

"hair bands"
Date of First Use of the Mark Anywhere: March 1, 2019
Date of First Use the Mark in Commerce: March 1, 2019

"one-piece suits"
Date of First Use of the Mark Anywhere: October 11, 2019
Date of First Use the Mark in Commerce: October 11, 2019

Black & White                                    - 2 -

"hair ties"
Date of First Use of the Mark Anywhere: March 6, 2020
Date of First Use the Mark in Commerce: March 6, 2020

Class 28
The stated 2006 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 28 applies specifically to the goods "balls for games; games".

The dates of first use for the remaining goods are as follows:

"playing cards"
Date of First Use of the Mark Anywhere: July 20, 2010
Date of First Use the Mark in Commerce: July 20, 2010

"body boards"
Date of First Use of the Mark Anywhere: May 11, 2018
Date of First Use the Mark in Commerce: May 11, 2018

"inflatable tube floats"
Date of First Use of the Mark Anywhere: January 1, 2020
Date of First Use the Mark in Commerce: January 1, 2020

"beach balls"
Date of First Use of the Mark Anywhere: March 3, 2023
Date of First Use the Mark in Commerce: March 3, 2023

"water toys"
Date of First Use of the Mark Anywhere: March 22, 2023
Date of First Use the Mark in Commerce: March 22, 2023

"jigsaw puzzles"
Date of First Use of the Mark Anywhere: August 25, 2024
Date of First Use the Mark in Commerce: August 25, 2024

"fidget toys"
Date of First Use of the Mark Anywhere: September 9, 2024
Date of First Use the Mark in Commerce: September 9, 2024

Class 29
The stated August 5, 2003 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 29 applies specifically to the goods "meat-based snacks; cheese-based snacks; garden salads; chicken salads; potato salads".

The dates of first use for the remaining goods are as follows:

"nut-based food; vegetable-based snack; fruit-based snack; snack food dips; fruit butters; fruit preserves; pickled vegetables; jams; jellies; eggs"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"potato-based snacks"
Date of First Use of the Mark Anywhere: February 24, 2014
Date of First Use the Mark in Commerce: February 24, 2014

<u>Class 30</u>
The stated 2000 Date of First Use of the Mark Anywhere and Date of First Use of the Mark in Class 30 applies specifically to the goods "coffee; tea".

The dates of first use for the remaining goods are as follows:

"ice"
Date of First Use of the Mark Anywhere: 2001
Date of First Use the Mark in Commerce: 2001

"sandwiches; wrap sandwich; packaged meat; fudge"
Date of First Use of the Mark Anywhere: August 5, 2003
Date of First Use the Mark in Commerce: August 5, 2003

"food package combinations"
Date of First Use of the Mark Anywhere: 2003
Date of First Use the Mark in Commerce: 2003

"pretzels; chocolate confections; candy; salsa; cereal-based snack; grain-based snack"
Date of First Use of the Mark Anywhere: August 2006
Date of First Use the Mark in Commerce: August 2006

"seasonings; corn-based snack"
Date of First Use of the Mark Anywhere: 2006
Date of First Use the Mark in Commerce: 2006

"cotton candy"
Date of First Use of the Mark Anywhere: October 22, 2015
Date of First Use the Mark in Commerce: October 22, 2015

"mints for breath"
Date of First Use of the Mark Anywhere: March 5, 2019
Date of First Use the Mark in Commerce: March 5, 2019

"frozen confections"
Date of First Use of the Mark Anywhere: April 4, 2019
Date of First Use the Mark in Commerce: April 4, 2019

"cookie dough"
Date of First Use of the Mark Anywhere: March 9, 2021
Date of First Use the Mark in Commerce: March 9, 2021



# The State of Texas

## Secretary of State

### CERTIFICATE OF TRADEMARK REGISTRATION

I, **MYRA MCDANIEL**, Secretary of State of the State of Texas hereby certify:

That the attached is the duplicate **APPLICATION FOR REGISTRATION**, filed in the Office of the Secretary of State on the date noted below under Registration Number 45055 in accordance with the provisions of **CHAPTER 16, TEXAS BUSINESS AND COMMERCE CODE.**

Dated   06-28-85



Secretary of State

STATE OF TEXAS

APPLICATION FOR REGISTRATION OF TRADEMARK OR SERVICE MARK

AS OF 5

BE IT KNOWN that applicant has heretofore adopted and used and is now using a certain mark of the in TEXAS and hereby makes application for registration of such mark.

FILED in the office of the Secretary of State of Texas

JUN 28 1985

1. Applicant: **Arch H. Aplin, III**

2. Address of applicant is    Street **899 Oyster Creek Drive**
   City **Lake Jackson**    Zip **77566**    State **Texas**

3. If applicant is a corporation, show where incorporated: _____

4. Describe the mark (words and/or design). **BUC-EE'S (word)**

5. Description of goods or services in connection with mark as now being used: (BE SPECIFIC)
   **convenience store services**

6. The mode or manner in which the mark is now being used and one (1) specimen as actually used is attached. (See instruction 2(a) on reverse side.) **On exterior signs and otherwise.**

7. Number and title of the class of goods or services. (Only one class per application.
   **Class 41 (Miscellaneous)**

8. Date mark first used by applicant (put date in BOTH spaces):
   (a) Anywhere **at least as early as** (b) In Texas **at least as early as**
   **July 28, 1982**                **July 28, 1982**

9. Applicant does hereby appoint the Secretary of State of Texas as its agent for service of process in any action relating only to the registration which may be issued, if the applicant be, or shall become, a nonresident individual partnership or association, or foreign corporation not licensed to do business in this state, or cannot be found in this state.

10. Applicant believes himself to be the owner of the mark and no other person to the best of his knowledge and belief, has the right in this state to use such mark either in the identical form thereof, or in such near resemblance to cause confusion, or to cause mistake or to deceive.

**Arch H. Aplin, III**
(Name of Applicant)

State of **TEXAS**
County of **BRAZORIA**

*Arch H. Apli III*
(Signature of Applicant, and if applicable state title of office or partner.)

**Arch H. Aplin, III** , personally appeared before me, and being first duly sworn declared that, he signed this application in the capacity designated, if any and further states that, he has read the above application, and the statements therein contained are true.

Subscribed and sworn to before me this **12th** day of **April** , 19**85**.

*Susan J. Standard*

Notary Public Signature
SUSAN J. STANDARD
Notary Public, State of Texas
My Commission Expires 1-27-89

Printed Name

TRADEMARK DRAWING SHEET

Applicant: Arch H. Aplin, III

Address: 899 Oyster Creek Drive,
         Lake Jackson, Texas  77566
First Use: Anywhere 7/28/82 Texas 7/28/82

Goods/Services: Convenience Store Services

OFFICE USE ONLY

Registration No.

Registered:

Class No.:

Mark:

Disclaimer:

BUC-EE'S

SPECIMEN ATTACHMENT



# The State of Texas

## · Secretary of State

| | | |
|---|---|---|
| MYRA MCDANIEL<br>SECRETARY OF STATE | TRADEMARK OBJECTION LETTER<br>MONEY NUMBER 513576 | CARMEN I. FLORES<br>EXAMINER |

Arnold White & Durkee
Paul C VanSlyke
P O Box 4433
Houston Texas 77210

MARK:    Buc-EE's                                    DATE:  5-10-85

THE FOLLOWING OBJECTIONS ARE MADE WITH REGARD TO THE SUBMITTED
APPLICATION FOR REGISTRATION OF THE ABOVE MARK.  IN REPLY, REFER TO THE
ABOVE MARK FOR PROPER IDENTIFICATION.  A COMPLETE REPLY MUST BE RECEIVED
WITHIN 60 DAYS FROM THE MAILING DATE OF THIS NOTICE IN ORDER TO AVOID
ABANDONMENT.  TRADEMARK PHONE 512-475-1362.  ADDRESS SECRETARY OF STATE,
TRADEMARK SECTION, P.O. BOX 13697, AUSTIN, TEXAS 78711.

** Applicant failed to specify the mode or manner in which the mark
   is being used.  By what media is mark communicated?  (Labels,
   tags, ads etc.)

** For a mark associated with services, please submit actual
   advertising that contains some understandable reference to those
   specific services.

   Specimens should make an understandable reference to the
   services provided.  A photo of an exterior sign which shows only
   word is not sufficient.

## ARNOLD, WHITE & DURKEE

A PROFESSIONAL CORPORATION

*Attorneys at Law*

POST OFFICE BOX 4433

HOUSTON, TEXAS 77210

STREET ADDRESS
750 BERING DRIVE
HOUSTON TEXAS 77057

TELEPHONE (713) 789 7600
TELECOPY (713) 789 2679
CABLE ARNWHITE HOU  TELEX 79 0924

TOM ARNOLD
ROBERT A. WHITE (1928-1977)
BILL DURKEE
LOUIS T. PIRKEY
JOHN F. LYNCH
PAUL C. VANSLYKE
JACK C GOLDSTEIN
RODNEY K. CALDWELL
PAUL M JAHICKE
KENNETH E. KUFFNER
EDWARD A. GOLDSTEIN
ALAN H GORDON
FLOYD R NATION
WAYNE M HARDING
CLARENCE E ERIKSEN
MICHAEL O SUTTON
CHARLES H DE LA GARZA
MICHAEL T HOLEMORE
J PAUL WILLIAMSON
WILLEM G SCHUURMAN
TRAVIS GORDON WHITE

JAMES J ELACQUA
JOHN O NORRIS
WILLIAM D RAMAN
SYDNEY M LEACH
PATRICIA K BRELAND
DONALD J ASPELUND
MICHAEL E. MACKLIN
PETER J SHURN III
PATRICIA N BRANTLEY
STEPHEN H CAGLE
THOMAS A MILLER
KENNETH D GOODMAN
D C TOEDT III
MICHAEL L LYNCH
J DAVID CABELLO
TIMOTHY N TROP
CRAIG M LUNDELL
CARL M DAVIS II
RICHARD J GROOS
PAULA D MORRIS

AUSTIN OFFICE
1440 TEXAS COMMERCE BANK BUILDING
700 LAVACA STREET
AUSTIN, TEXAS 78701
TELEPHONE (512) 474 2882

WASHINGTON OFFICE
200 JEFFERSON DAVIS HIGHWAY
SUITE 806
ARLINGTON, VIRGINIA 22202
TELEPHONE (703) 920 8780

JAMES A REILLY
OF COUNSEL

June 26, 1985                    FILE    WOMA:007

Secretary of State
Trademark Section
P. O. Box 13697
Austin, Texas  78711

Attention:  Carmen I. Flores, Examiner

     Re:  Application to Register Service Mark BUC-EE'S
          (Money Number 513576) - Our File WOMA:007

Dear Madam:

     In reply to your objection letter of May 10, 1985,
applicant submitts new specimens of use.  Enclosed is a specimen
of the letterhead and envelope bearing the mark BUC-EE'S and
referring to "Food Stores".

     Also enclosed is a tear sheet from newspaper advertising
bearing the mark BUC-EE'S.

     It is believed that the enclosed specimens are sufficient.
In addition, these specimens were discussed with trademark
examiner Bryan Smith in a telephone conversation on June 26,
1985.  He believed that these specimens would likely be
sufficient.

     The objection letter also requested a specification of the
mode or manner in which the mark is used.  The mark is used on
exterior signs, newspaper advertising, in-store displays, drink
cups, and otherwise.

JUN 28 1985

NO MONEY ENCLOS_J

ARNOLD, WHITE & DURKEE

Secretary of State
June 26, 1985
Page 2


This application is now believed to be in condition for issuance as a registration.

Yours truly,

Paul C. VanSlyke

PCV:bks
Encls. (3)

cc:  Mr. Arch H. Aplin, III
     Buc-ee's, Inc.

and it placed four of its Thursday night comedies among the first five.

It was no surprise that Bill Cos-

The strength shown by NBC's regular serie. during the past season bodes well for the network's future



**OPEN 24 HOURS** · **EVERY DAY**

# BUC-EE'S
### & DON'S QUIK STOP

**Buc-ee's Cooler Cups**
Buy 1 for 29¢
Get 1 FREE

**Lays Potato Chips**
3 / $1.00
All Flavors
or 49¢ each.

**Fresh Deli Sandwich Chips - Large Drink**
Only $2.99
Store #2 & 3 Only

Our new stores have a super deli & bakery. Check them out.

**TEXACO**

6 Pk 12 Or Cans
**Dr. Pepper or Pepsi Products**
$1.99
EVERY DAY LOW PRICE

½ Gallon
**Milk**
$1.99
EVERY DAY LOW PRICE

Dozen
**Large Eggs**
79¢
EVERY DAY LOW PRICE

**Blue Bell Fudgesickles and Popsickles**
19¢ Each

Specials good thru 6-13-85 at all 4 locations



Its free...but for Dad's o
day to make a hole-in-
qualify Dad for the fin
11:00 a.m. The winning

First place...$75 Brazos
Second place...$50 Bra
Third place...$25 Brazo

Bring your Dad to Br.
Hours fo

## June

Wednesday throu
Saturday
Finals-Sat,

Putting green loca

# brazos m